Priest et al v Google Inc. Doc. 4

# UNITED STATES DISTRICT COURT
### DISTRICT OF MASSACHUSETTS

W. CURTISS PRIEST, ET AL.,

V.   **SUMMONS IN A CIVIL CASE**

GOOGLE INC.,

CASE NUMBER: 1:08-CV-12056-DPW

TO: (Name and address of Defendant)

    Eric Schmidt
    President
    Google Inc.
    1600 Amphitheatre Parkway
    Mountain View, CA 94043

YOU ARE HEREBY SUMMONED and required to serve on

    **PRO SE**
    % William H. Morris
    Knowledge Spreadsheet Technologies
    466 Pleasant Street
    Melrose, MA 02176

an answer to the complaint which is served on you with this summons, within 20 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

FILED IN CLERKS OFFICE
U.S. DISTRICT COURT
DISTRICT OF MASS.
2008 DEC 30 A 11:01

SARAH ALLISON THORNTON
CLERK

/s/ - Steve York
(By) DEPUTY CLERK



ISSUED ON 2008-12-11 10:32:55.0, Clerk
USDC DMA

Dockets.Justia.com

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me [1] | |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Eric Schmidt
   President
   Google Inc.
   1600 Amph. theatre Parkway
   Mountain View CA
   94043

2. Article Number
   (Transfer from)   7007 2560 0003 0567 0765

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X [signature]   ☐ Agent
                   ☐ Addressee

B. Received by (Printed Name): Daniello
C. Date of Delivery: 12.16.8

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
   ☑ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

TRAVEL

U.S. DISTRICT COURT
DISTRICT OF MASS.
2008 DEC 30 A 11: 01
FILED IN CLERKS OFFICE

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____   _____
              Date                  Signature of Server

                                    _____
                                    Address of Server