UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF MASSACHUSETTS

| | |
|---|---|
| W. CURTISS PRIEST AND WILLIAM H. MORRIS, D/B/A KNOWLEDGE SPREADSHEET TECHNOLOGIES (KST),<br><br>    Plaintiffs,<br>v.<br><br>GOOGLE, INC.,<br><br>    Defendant. | Case No.: 08-cv-12056-DPW |

## NOTICE OF APPEARANCE

Please enter the appearance of Jill Brenner Meixel of Donnelly, Conroy & Gelhaar, LLP, One Beacon Street, 33rd Floor, Boston, MA 02108, as attorney for Defendant Google Inc., in the above-captioned proceeding.

    Respectfully submitted,

    Google Inc.,

    By its attorneys,

    /s/ Jill Brenner Meixel
    James B. Conroy (BBO# 096315)
    Jill Brenner Meixel (BBO# 652501)
    DONNELLY, CONROY & GELHAAR, LLP
    One Beacon Street, 33rd Floor
    Boston, Massachusetts 02108
    (617) 720-2880

Dated: December 31, 2008

Dockets.Justia.com

## CERTIFICATE OF SERVICE

    I hereby certify that on December 31, 2008, a true copy of the above was filed electronically via this Court's CM-ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants.

                                          /s/ Jill Brenner Meixel
                                          Jill Brenner Meixel