UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF MASSACHUSETTS

| | |
|---|---|
| W. CURTISS PRIEST AND WILLIAM H. MORRIS, D/B/A KNOWLEDGE SPREADSHEET TECHNOLOGIES (KST),<br><br>　　　　Plaintiffs,<br>　　v.<br><br>GOOGLE, INC.,<br><br>　　　　Defendant. | Case No.: 08-cv-12056-DPW |

**ASSENTED-TO MOTION OF DEFENDANT FOR AN EXTENSION
OF TIME TO RESPOND TO COMPLAINT**

Defendant Google Inc. ("defendant") moves, pursuant to Fed. R. Civ. P. 6(b), for an extension of time to submit a responsive pleading to plaintiffs W. Curtiss Priest and William H. Morris, d/b/a Knowledge Spreadsheet Technologies (collectively, the "plaintiffs"), Complaint. In support of this motion, defendant states as follows:

Plaintiffs filed their Complaint in this action on December 11, 2008, and defendant was served on December 16, 2008. The current deadline for defendant's responsive pleading is January 5, 2008. Defendants request an additional 60 days, until March 6, 2009, in order to adequately investigate and respond to the allegations alleged by plaintiffs in their Complaint. Furthermore, plaintiffs assent to the requested extension of time.

Defendant is not waiving any defense or objection by the filing of this motion.

1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF MASSACHUSETTS

| | |
|---|---|
| W. CURTISS PRIEST AND WILLIAM H. MORRIS, D/B/A KNOWLEDGE SPREADSHEET TECHNOLOGIES (KST),<br><br>　　　　Plaintiffs,<br>　　v.<br><br>GOOGLE, INC.,<br><br>　　　　Defendant. | Case No.: 08-cv-12056-DPW |

**ASSENTED-TO MOTION OF DEFENDANT FOR AN EXTENSION
OF TIME TO RESPOND TO COMPLAINT**

Defendant Google Inc. ("defendant") moves, pursuant to Fed. R. Civ. P. 6(b), for an extension of time to submit a responsive pleading to plaintiffs W. Curtiss Priest and William H. Morris, d/b/a Knowledge Spreadsheet Technologies (collectively, the "plaintiffs"), Complaint. In support of this motion, defendant states as follows:

Plaintiffs filed their Complaint in this action on December 11, 2008, and defendant was served on December 16, 2008. The current deadline for defendant's responsive pleading is January 5, 2008. Defendants request an additional 60 days, until March 6, 2009, in order to adequately investigate and respond to the allegations alleged by plaintiffs in their Complaint. Furthermore, plaintiffs assent to the requested extension of time.

Defendant is not waiving any defense or objection by the filing of this motion.

Dockets.Justia.com

WHEREFORE, defendant respectfully requests that this Court allow its motion for an extension of time until March 6, 2009 to file a responsive pleading in this action.

Respectfully submitted,

Google Inc.,

By its attorneys,

/s/ Jill Brenner Meixel
James B. Conroy (BBO# 096315)
Jill Brenner Meixel (BBO# 652501)
DONNELLY, CONROY & GELHAAR, LLP
One Beacon Street, 33rd Floor
Boston, Massachusetts 02108
(617) 720-2880

Dated: December 31, 2008

## LOCAL RULE 7.1 CERTIFICATION

I hereby certify that counsel for Google Inc. conferred in good faith with plaintiffs in an effort to narrow or resolve the issues raised in this motion, and plaintiffs assent to this motion.

/s/ Jill Brenner Meixel
Jill Brenner Meixel

## CERTIFICATE OF SERVICE

I hereby certify that on December 31, 2008, a true copy of the above was filed electronically via this Court's CM-ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants.

/s/ Jill Brenner Meixel
Jill Brenner Meixel