UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF MASSACHUSETTS

| | |
|---|---|
| W. CURTISS PRIEST AND WILLIAM H. MORRIS, D/B/A KNOWLEDGE SPREADSHEET TECHNOLOGIES (KST),<br><br>Plaintiffs,<br>v.<br><br>GOOGLE, INC.,<br><br>Defendant. | Case No.: 08-cv-12056-DPW |

## NOTICE OF APPEARANCE

Please enter the appearance of James B. Conroy of Donnelly, Conroy & Gelhaar, LLP, One Beacon Street, 33rd Floor, Boston, MA 02108, as attorney for Defendant Google Inc., in the above-captioned proceeding.

        Respectfully submitted,

        Google Inc.,

        By its attorneys,

        /s/ James B. Conroy
        James B. Conroy (BBO# 096315)
        Jill Brenner Meixel (BBO# 652501)
        DONNELLY, CONROY & GELHAAR, LLP
        One Beacon Street, 33rd Floor
        Boston, Massachusetts 02108
        (617) 720-2880

Dated: January 5, 2009

## CERTIFICATE OF SERVICE

I hereby certify that on January 5, 2009, a true copy of the above was filed electronically via this Court's CM-ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants.

/s/ James B. Conroy
James B. Conroy