UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF MASSACHUSETTS

| | |
|---|---|
| W. CURTISS PRIEST AND WILLIAM H. MORRIS, D/B/A KNOWLEDGE SPREADSHEET TECHNOLOGIES (KST),<br><br>        Plaintiffs,<br>    v.<br><br>GOOGLE INC.,<br><br>        Defendant. | Case No.: 08-cv-12056-DPW |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Local Rule 7.3(A), defendant Google Inc. discloses to the Court that it is publicly traded on the New York Stock Exchange, and that no publicly traded company owns 10% or more of its stock.

Respectfully submitted,

/s/ Jill Brenner Meixel
James B. Conroy (BBO# 096315)
Jill Brenner Meixel (BBO# 652501)
DONNELLY CONROY & GELHAAR LLP
One Beacon Street, 33rd Floor
Boston, MA 02108

Dated: March 3, 2009        (617) 720-2880

Dockets.Justia.com

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified in the Notice of Electronic Filing and paper or electronic copies will be delivered to those indicated as non-registered participants on March 3, 2009.

/s/ Jill Brenner Meixel
Jill Brenner Meixel