UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF MASSACHUSETTS

| | |
|---|---|
| W. CURTISS PRIEST AND WILLIAM H. MORRIS, D/B/A KNOWLEDGE SPREADSHEET TECHNOLOGIES (KST),<br><br>Plaintiffs,<br>v.<br><br>GOOGLE INC.,<br><br>Defendant. | Case No.: 08-cv-12056-DPW |

## MOTION FOR ADMISSION *PRO HAC VICE* OF RAMSEY M. AL-SALAM

Pursuant to Local Rule 83.5.3, the undersigned counsel hereby moves that Ramsey M. Al-Salam, Esq. of Perkins Coie LLP, 1201 Third Avenue, Suite 4800, Seattle, Washington 98101-3099 be admitted to appear on behalf of defendant Google Inc. and to practice before this Court in the above-entitled action. As grounds for this motion, the undersigned counsel respectfully represents the following:

1. Mr. Al-Salam is and has been a member in good standing of the bars of the following states since the following dates:

    Washington: November, 1989

2. Mr. Al-Salam is and has been a member in good standing of the bars of the following United States Courts since the following dates:

    U.S. District Court for the Western District of Washington: February, 1990

    U.S. District Court for the Eastern District of Washington: June, 1992

    U.S. District Court for the District of Colorado: May, 2000

    U.S. District Court for the Northern District of Illinois: January, 2008

Dockets.Justia.com

U.S. Court of Appeals for the Federal Circuit: January, 1985

U.S. Court of Appeals for the Ninth Circuit: January, 1984

U.S. Supreme Court: May, 1999

3. There are no disciplinary proceedings pending against Mr. Al-Salam as a member of the bar in any jurisdiction;

4. Mr. Al-Salam has represented to the undersigned counsel that he is familiar with the Local Rules of the United States District Court for the District of Massachusetts;

5. In further support of this motion, Mr. Al-Salam has submitted as Exhibit A hereto his Certificate of Good Standing as required by Local Rule 83.5.3; and

6. Payment in the amount of $50.00 is being submitted electronically concurrent with the filing of this motion.

WHEREFORE, the undersigned counsel respectfully moves Mr. Al-Salam's admission to practice before this Court *pro hac vice*.

Respectfully submitted,

/s/ Jill Brenner Meixel
James B. Conroy (BBO# 096315)
Jill Brenner Meixel (BBO# 652501)
DONNELLY CONROY & GELHAAR LLP
One Beacon Street, 33rd Floor
Boston, MA 02108
(617) 720-2880

Dated: March 3, 2009

## LOCAL RULE 7.1 CERTIFICATION

I hereby certify that counsel for defendant conferred in good faith with plaintiffs in an effort to narrow or resolve the issues raised in this motion, and plaintiffs have indicated that they do not assent to this motion.

/s/ Jill Brenner Meixel
Jill Brenner Meixel

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified in the Notice of Electronic Filing and paper or electronic copies will be delivered to those indicated as non-registered participants on March 3, 2009.

/s/ Jill Brenner Meixel
Jill Brenner Meixel