UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF MASSACHUSETTS

W. CURTISS PRIEST AND WILLIAM H. MORRIS, D/B/A KNOWLEDGE SPREADSHEET TECHNOLOGIES (KST),

    Plaintiffs,

v.

GOOGLE INC.,

    Defendant.

Case No.: 08-cv-12056-DPW

## MOTION FOR ADMISSION *PRO HAC VICE* OF BRANDY R. McMILLION

Pursuant to Local Rule 83.5.3, the undersigned counsel hereby moves that Brandy R. McMillion, Esq. of Perkins Coie LLP, 131 S. Dearborn St., Suite 1700, Chicago, Illinois 60603-5559 be admitted to appear on behalf of defendant Google Inc. and to practice before this Court in the above-entitled action. As grounds for this motion, the undersigned counsel respectfully represents the following:

1. Ms. McMillion is and has been a member in good standing of the bars of the following states since the following dates:

    Illinois: December, 2007

    Michigan: November, 2006

2. Ms. McMillion is and has been a member in good standing of the bars of the following United States Courts since the following dates:

    U.S. District Court for the Northern District of Illinois: February, 2008

    U.S. District Court for the Eastern District of Michigan: December, 2006

Dockets.Justia.com

3. There are no disciplinary proceedings pending against Ms. McMillion as a member of the bar in any jurisdiction;

4. Ms. McMillion has represented to the undersigned counsel that she is familiar with the Local Rules of the United States District Court for the District of Massachusetts;

5. In further support of this motion, Ms. McMillion has submitted as Exhibit A hereto her Certificate of Good Standing as required by Local Rule 83.5.3; and

6. Payment in the amount of $50.00 is being submitted electronically concurrent with the filing of this motion.

WHEREFORE, the undersigned counsel respectfully moves Ms. McMillion's admission to practice before this Court *pro hac vice*.

Respectfully submitted,

/s/ Jill Brenner Meixel
James B. Conroy (BBO# 096315)
Jill Brenner Meixel (BBO# 652501)
DONNELLY CONROY & GELHAAR LLP
One Beacon Street, 33rd Floor
Boston, MA 02108
(617) 720-2880

Dated: March 3, 2009

## LOCAL RULE 7.1 CERTIFICATION

I hereby certify that counsel for defendant conferred in good faith with plaintiffs in an effort to narrow or resolve the issues raised in this motion, and plaintiffs have indicated that they do not assent to this motion.

/s/ Jill Brenner Meixel
Jill Brenner Meixel

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified in the Notice of Electronic Filing and paper or electronic copies will be delivered to those indicated as non-registered participants on March 3, 2009.

/s/ Jill Brenner Meixel
Jill Brenner Meixel