Untitled

AMENDED COMPLAINT (3/9/2009), CERTIFICATE OF SERVICE
Case 1:08-cv-12056

I hereby certify that on 3/9/2009, the following interested parties received a copy of the Amended Complaint via electronic mail at:

James B. Conroy
Donnelly Conroy & Gelhaar LLP
One Beacon Street, 33rd Floor
Boston, MA  02108
jbm@dcglaw.com

Jill Brenner Meixel
Donnelly Conroy & Gelhaar LLP
One Beacon Street, 33rd Floor
Boston, MA  02108
jbm@dcglaw.com

Ramsey Al-Salam
Perkins Coie LLP
1201 Third Avenue
Suite 4800
Seattle, WA  981010-3099

Brandy R. McMillion
Perkins Coie LLP
131 S. Dearborn Street
Suite 1700
Chicago, IL  60603-3559

W. Curtiss Priest
466 Pleasant Street
Melrose, MA  02176

William H. Morris
62 Old Nugent Farm
Gloucester, MA  01930

/s/ W. Curtiss Priest
_____
W. Curtiss Priest