Center for Information, Technology & Society
466 Pleasant Street
Melrose MA, 02176-4522
a 501(c)3 charitable nonprofit
(fax: 509-355-6838) 781-662-4044
BMSLIB@MIT.EDU — www.CyberTrails.org

March 23, 2009

PER NOTICE of March 19th, 2009, MOVE TO DISMISS
Case: 1:08-cv-12056-DPW Priest et al v Google Inc.

The Honorable Judge Douglas P. Woodlock
Boston Federal District Court
Moakley Court House
Boston, MA

Dear Sir:

For the reasons and under the conditions of our Notice of March 19th, we move to dismiss.

cosigned:

William H. Morris
KST

Sincerely,

W. Curtiss Priest, Ph.D.
Director, CITS
KST

I hereby certify that the following interested parties shall receive a copy of the Amended Complaint via electronic mail when this document has been recorded:

James B. Conroy
Donnelly Conroy & Gelhaar LLP
One Beacon Street, 33rd Floor
Boston, MA 02108
jbm@dcglaw.com

Jill Brenner Meixel
Donnelly Conroy & Gelhaar LLP
One Beacon Street, 33rd Floor
Boston, MA 02108
jbm@dcglaw.com

Ramsey Al-Salam
Perkins Coie LLP

1201 Third Avenue
Suite 4800
Seattle, WA 981010-3099
206-412-6768
RAlsalam@perkinscoie.com

Brandy R. McMillion
Perkins Coie LLP
131 S. Dearborn Street
Suite 1700
Chicago, IL 60603-3559
bmcmillion@perkinscoie.com

W. Curtiss Priest
466 Pleasant Street
Melrose, MA 02176
bmslib@mit.edu

William H. Morris
62 Old Nugent Farm
Gloucester, MA 01930
WHMORRIS@Prodigy.Net