# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| W. CURTISS PRIEST and WILLIAM H. MORRIS, d/b/a KNOWLEDGE SPREADSHEET TECHNOLOGIES (KST),<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE INC.,<br><br>Defendant. | Civil Action No. 08-cv-12056-DPW |

## STIPULATION OF DISMISSAL PURSUANT TO RULE 41(A)

Pursuant to Federal Rule of Civil Procedure 41(a), Plaintiffs W. Curtiss Priest and William H. Morris, d/b/a Knowledge Spreadsheet Technologies, and Defendant Google Inc. hereby stipulate to dismiss this matter, including all claims and counterclaims, with prejudice and with each party to bear its own costs and attorneys' fees.

Respectfully submitted,

/s/ Jill Brenner Meixel
James B. Conroy (BBO# 096315)
Jill Brenner Meixel (BBO# 652501)
DONNELLY, CONROY & GELHAAR, LLP
One Beacon Street, 33rd Floor
Boston, Massachusetts 02018
(617) 720-2880

Ramsey M. Al-Salam (admitted *pro hac vice*)
PERKINS COIE LLP
1201 Third Avenue, Suite 4800
Seattle, WA 98101-3099
Phone: 206.359.6385
Fax: 206.359.9000
Email: RalSalam@perkinscoie.com

Brandy R. McMillion (admitted *pro hac vice*)
PERKINS COIE LLP
131 S. Dearborn, Suite 1700
Chicago, IL 60603
Phone: (312) 324-8587
Fax: (312) 324-9587
Email: BMcMillion@perkinscoie.com

*Attorneys for Defendant Google Inc*

Dated: April 7, 2009

---

W. Curtiss Priest

William H. Morris

D/B/A Knowledge Spreadsheet Technologies
460 Pleasant Street
Melrose, MA 02176-4522
Phone: (978) 281-1093
Fax: (509) 355-6838
Email: WHMORRIS@prodigy.com
Email: BMSLIB@mit.edu

*Pro Se Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified in the Notice of Electronic Filing and paper or electronic copies will be delivered to those indicated as non-registered participants on April 13, 2009.

/s/ Jill Brenner Meixel
Jill Brenner Meixel